Lars H. Olsen, OSB # 91387
OlsenDaines
PO Box 12829
Salem OR 97308-0829
Telephone: (503) 540-6100
Fax: (503) 362-1375

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No. 17-60046-dwh13 |
| Paula Ann Cook ) | |
| ) | NOTICE OF INTENT TO SELL |
| ) | REAL PROPERTY |
| Debtor. ) | |

NOTICE. If you oppose the proposed course of action or relief sought in this motion, you much file a written objection with the bankruptcy court no later than 9/17/20. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection must set forth specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at 405 E 8th Ave #2600 Eugene, OR 97401 by the deadline specified above or it may not be considered. You must also serve the objection on Lars H. Olsen, PO Box 12829 Salem, OR 97309, 503-540-6100 within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

The Debtor, Paula Cook, by and through her attorney, Lars H. Olsen, move the Court for an Order allowing the sale of real property.

1. Debtor intends to sell the real property located at 1058 Fernwood Ct NW, Salem OR 97304 for the sum of $365,000.00.

2. The legal description of the property is as follows: Lot 39, Block 34, Chatnicka Heights No. 9, Polk County, Oregon.

3. Attached is a copy of the Estimated Seller's Statement.

4. Buyer is not related to the Seller.

1 – NOTICE OF INTENT TO SELL REAL PROPERTY

5. Creditors with liens on the property shall be paid in full at closing, subject to proper payoff quotes.

6. Proceeds from the sale will be sufficient to pay all of Debtor's obligations under the plan and shall be delivered to the Chapter 13 Trustee at the time of closing. The Trustee shall provide the payoff amount.

7. This sale is subject to the approval of the Chapter 13 Trustee and his review of all closing documents.

/s/ Lars H. Olsen, OSB # 91387
Lars H. Olsen, OSB # 91387, Attorney for Debtor

On 8/24/2020, I served copies of the above notice on the attached creditors listed on Court's Parties Notice and Claims Register.

/s/ Lars H. Olsen, OSB # 91387
Lars H. Olsen, OSB # 91387, Attorney for Debtor

# Fidelity National Title Company of Oregon
500 Liberty St. SE, Ste 200, Salem, OR 97301
Phone: (503)585-7219

## ESTIMATED SELLER'S STATEMENT

| | |
|---|---|
| **Settlement Date:** September 11, 2020 | **Escrow Number:** 60222008597 |
| **Disbursement Date:** September 11, 2020 | **Escrow Officer:** Teresa Doerfler |
| | **Email:** teresa.doerfler@fnf.com |

**Buyer:** Robin Bodey and Raymond Bodey
9471 N. Whitehouse Dr.
Fresno, CA 93720

**Seller:** Paula Cook
1058 Fernwood Court NW
Salem, OR 97304

**Property:** 1058 Fernwood Court NW
Salem, OR 97304

| | | $ DEBITS | $ CREDITS |
|---|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 365,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $3,089.87 | 07/01/20 to 09/11/20 ($3,089.87 / 365 X 72 days) | 609.51 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - Escrow Fee | Fidelity National Title Company of Oregon | 724.00 | |
| Title - Government Lien Search | Fidelity National Title Company of Oregon | 30.00 | |
| Title - Reconveyance/Release Service Fee | Fidelity National Title Company of Oregon | 400.00 | |
| Title - Owner's Title Insurance | Fidelity National Title Company of Oregon | 1,080.00 | |

Policies to be issued:

Owners Policy
 Coverage: $365,000.00  Premium: $1,080.00  Version: ALTA Owner's Policy 2006

| | | $ DEBITS | $ CREDITS |
|---|---|---:|---:|
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan ($140,000.00) | | | |
|  Estimated | | | |
|  Total Payoff | | 140,000.00 | |
| Payoff of Second Mortgage Loan ($20,000.00) | | | |
|  Estimated | | | |
|  Total Payoff | | 20,000.00 | |
| **Subtotals** | | 162,843.51 | 365,000.00 |
| **Balance Due TO Seller** | | 202,156.49 | |
| **TOTALS** | | 365,000.00 | 365,000.00 |

The fees listed are based solely on the information provided and subject to Lender's Closing Instructions. Any changes, including but not limited to the sales price, loan amount, requested endorsements, number of pages to be recorded, documents to be recorded and number of loan packages will result in a change to the figures provided. Review this quote carefully as the settlement agent will not be held liable for the accuracy or completeness of the information received or for failure to request updated figures if the terms have changed or additional services are required.

Case 17-60046-dwh13    Doc 51    Filed 08/24/20

CERTIFICATE OF MAILING

IN RE: Paula Ann Cook
CASE NO. 17-60046-dwh13

I hereby certify that I served the Notice of Intent to Sell Real Property by mailing a true copy thereof, certified by me as such, to the following:

Naliko Markel, Trustee
Via CMECF

US Trustee, Eugene
Via CMECF

Paula Cook
Via email address on file with attorney

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016

Citibank, N.A., as trustee for CMLTI Asset Trust
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. BANK TRUST N.A.
Robertson, Anschutz & Schneid P.L.
6409 Congress Ave Suite 100
Boca Raton
United States

CASEY C PENCE
Casey Pence
9545 N Kellogg St
First Floor
Portland, OR 97203

MICHAEL SCOTT
McCarthy & Holthus LLP
920 SW 3rd Ave, 1st Floor
Portland, OR 97204

IRS
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

OlsenDaines
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393

Feibleman & Case, PC
1815 Commercial Street, SE
Salem, OR 97302

Citibank, N.A., as trustee for CMLTI Asset Trust
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Wells Fargo Bank, N.A., d/b/a WFDS
P.O. Box 19657
Irvine, CA 92623-9657

ODR Bkcy
955 Center St NE
Salem OR 97301-2555

SALEM CLINIC
C/O PROFESSIONAL CREDIT SERVICE
PO BOX 7548
SPRINGFIELD, OR 97475

PROFESSIONAL CREDIT SERVICE
PO BOX 7548
SPRINGFIELD, OR 97475

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Ashley Funding Services LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Portfolio Recovery Associates, LLC
c/o Capital One Bank, N.A.
POB 41067
Norfolk VA 23541

DATED this   24th   day of  August  , 2020.

/s/ Lars H. Olsen
Lars H. Olsen, OSB # 91387
Attorney for Debtor

**OlsenDaines**
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393